1
2
3
4                        UNITED STATES  DISTRICT COURT
5                        Northern District of California
6
7    STONE AND YOUNGBERG,                    No. C 11-00198 MEJ
8                   Plaintiff(s),            **ORDER VACATING CMC**
9          v.
     KAY FAMILY REVOCABLE TRUST,
10
                     Defendant(s).
11   _____/
12
13        This matter is currently scheduled for a case management conference on April 21, 2011.  As
14   Defendant has filed a motion to dismiss, the Court hereby VACATES the April 21 CMC.  The Court
15   shall reschedule the CMC, if necessary, after resolution of Defendant's motion.
16        **IT IS SO ORDERED.**
17
18   Dated: March 15, 2011
19                                           _____
                                             Maria-Elena James
20                                           Chief United States Magistrate Judge
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California