CARY S. LAPIDUS, Esq. (CASB No. 123983)
cary.lapidus@gmail.com
LAW OFFICES OF CARY S. LAPIDUS
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 296-7101
Facsimile: (415) 296-7821

Attorneys for Respondent
KAY FAMILY REVOCABLE TRUST UAD 02-07-90
FBO LENORE BLEADON UNDER TRUST A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONE & YOUNGBERG, LLC, <br><br> Petitioner, <br><br> vs. <br><br> KAY FAMILY REVOCABLE TRUST UAD 02-07-90 FBO LENORE BLEADON UNDER TRUST A, <br><br> Respondent. | Case No. CV 11-0198 MMC <br><br> [PROPOSED] ORDER GRANTING RESPONDENT'S ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE BRIEFING AND HEARING SCHEDULE FOR PETITIONER'S MOTION TO VACATE ARBITRATION AWARD |

This matter comes before the Court on Respondent's Administrative Motion for Continuance of the Briefing and Hearing Schedule for Petitioner's Motion to Vacate Arbitration Award. No opposition has been filed. ^ The Court having fully considered the papers and pleadings on file and submitted herewith, and good cause appearing,

HEREBY GRANTS Respondent's Administrative Motion For Continuance of the Briefing and Hearing Schedule for Petitioner's Motion to Vacate Arbitration Award.

**IT IS SO ORDERED** that Petitioner's Motion to Vacate Arbitration Award, presently scheduled for hearing on May 20, 2011 is taken off calendar. ~~Petitioner shall file its Motion to Vacate~~

- 1 –
No. CV 11-0198 MMC
[PROPOSED] ORDER

1  ~~Arbitration Award after Respondent has filed an Answer in the case, provided~~ In the event the Court has not granted

2  Respondent's Motion to Dismiss and dismissed the case, ~~If Petitioner files the Motion to Vacate~~ the Court will set

3  ~~Arbitration Award, it shall select~~ a new hearing date and briefing schedule ~~in conformity with the Local~~

4  ~~Rules of the U.S. District Court for the Northern District of California and the Standing Order of this~~

5  ~~Court.~~ on the Motion to Vacate the Arbitration Award.

6

7

8  Dated: April 20, 2011

   _____
   The Honorable Maxine M. Chesney
9  United States District Judge

- 2 –
No. CV 11-0198 MMC
[PROPOSED] ORDER