1  BEN SUTER, CASB No. 107680
   ben.suter@kyl.com
2  CARA L. FINAN, CASB No. 173887
   cara.finan@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  450 Pacific Avenue
   San Francisco, California  94133
5  Telephone:    (415) 398-6000
   Facsimile:    (415) 981-0136
6
   Attorneys for Petitioner
7  STONE & YOUNGBERG, LLC

8  # UNITED STATES DISTRICT COURT

9  # NORTHERN DISTRICT OF CALIFORNIA

10

11 STONE & YOUNGBERG, LLC,            )   CASE NO. CV-11-0198 MMC
                                      )
12                     Petitioner,    )   *Action Filed: January 13, 2011*
                                      )
13          vs.                       )   *Assigned for all Purposes to:*
                                      )   *Hon. Maxine M. Chesney, Ctrm. 7*
14 KAY FAMILY REVOCABLE TRUST UAD 02-07-90 )
   FBO LENORE BLEADON UNDER TRUST A,  )   **STIPULATION TO RESCHEDULE**
                                      )   **PETITIONER'S MOTION TO VACATE**
15                     Respondent.    )   **ARBITRATION AWARD AND**
                                      )   **RELATED DATES**
16                                    )
                                      )   [~~PROPOSED~~] **ORDER APPROVING**
17                                    )   **STIPULATION AND VACATING**
                                      )   **JUNE 24, 2011 CASE MANAGEMENT**
18                                    )   **CONFERENCE**

19         Pursuant to Civil Local Rule 7-7 (a)(1), IT IS HEREBY STIPULATED by and between

20 Petitioner STONE & YOUNGBERG, LLC ("Petitioner") and Respondent KAY FAMILY

21 REVOCABLE TRUST UAD 02-07-90 FBO LENORE BLEADON UNDER TRUST A

22 ("Respondent"), through their respective attorneys of record, as follows.

23         WHEREAS, on May 13, 2011 the Court filed an Order Denying Respondent's Motion to

24 Dismissal for Lack of Jurisdiction; Vacating May 20, 2011 Hearing; Setting Briefing Schedule on

25 Petitioner's Motion to Vacate Arbitration Award [Docket No. 40] (the "Order"); and

26         WHEREAS, the Order set a hearing date for Petitioner's Motion to Vacate Arbitration Award

27 (the "Motion") for June 17, 2011 at 9:00 a.m.; and

28

                                              1                              KYL_SF528793

**STIPULATION TO RESCHEDULE PETITIONER'S MOTION TO VACATE ARBITRATION AWARD AND RELATED DATES; [PROPOSED] ORDER - CASE NO. CV-11-0198 MMC**

WHEREAS, Petitioner's counsel Ben Suter has longstanding plans to be in Switzerland from June 13, 2011 through June 22, 2011 and therefore will not be available on June 17, 2011; and

WHEREAS, the Parties' counsel have conferred and agreed upon the rescheduling of Petitioner's Motion and to the briefing schedule, subject to the Court's approval, as follows:

- The hearing date on Petitioner's Motion will be continued from June 17, 2011 to June 24, 2011; and
- The May 27, 2011 deadline for Respondent to file its response to the Motion will be extended to June 3, 2011; and
- The June 3, 2011 deadline for Petitioner to file its reply will be extended to June 10, 2011.

IT IS SO STIPULATED

DATED: May 16, 2011            /s/ Ben Suter
                               BEN SUTER
                               KEESAL, YOUNG & LOGAN
                               Attorneys for Petitioner
                               STONE & YOUNGBERG, LLC

DATED: May 16, 2011            /s/ Cary S. Lapidus
                               CARY S. LAPIDUS
                               LAW OFFICES OF CARY S. LAPIDUS
                               Attorney for Respondent KAY FAMILY
                               REVOCABLE TRUST UAD 02-07-90 FBO
                               LENORE BLEADON UNDER TRUST A

### [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that:

1. Petitioner's Motion to Vacate Arbitration Award shall be continued to June 24, 2011;
2. The May 27, 2011 deadline for Respondent to file its response to the Motion shall be extended to June 3, 2011; and
3. The June 3, 2011 deadline for Petitioner to file its reply shall be extended to June 10, 2011.

      Additionally, the June 24, 2011 Case Management Conference is VACATED, and will be reset, if necessary, after resolution of the Motion to Vacate Arbitration Award.

DATED:  May 17, 2011

                                                  _____
                                                  MAXINE M. CHESNEY
                                                  JUDGE OF THE U.S. DISTRICT COURT

**STIPULATION TO RESCHEDULE PETITIONER'S MOTION TO VACATE ARBITRATION AWARD AND RELATED DATES; [PROPOSED] ORDER - CASE NO. CV-11-0198 MMC**