```
BEN SUTER, CASB No. 107680
ben.suter@kyl.com
CARA L. FINAN, CASB No. 173887
cara.finan@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:     (415) 398-6000
Facsimile:      (415) 981-0136
```

Attorneys for Petitioner
STONE & YOUNGBERG, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>STONE & YOUNGBERG, LLC,<br><br>                                  Petitioner,<br><br>          vs.<br><br>KAY FAMILY REVOCABLE TRUST UAD 02-07-90 FBO LENORE BLEADON UNDER TRUST A,<br><br>                                  Respondent. | Case No. CV-11-0198 MMC<br><br>[~~PROPOSED~~] ORDER DELETING FOOTNOTE 1 FROM DOCUMENT NO. 54<br><br>**Judge:**    Hon. Maxine M. Chesney |

Pursuant to Civil Local Rule 7-12, Petitioner STONE & YOUNGBERG, LLC ("Petitioner") and Respondent KAY FAMILY REVOCABLE TRUST UAD 02-07-90 FBO LENORE BLEADON UNDER TRUST A ("Respondent") have stipulated that the following Footnote 1 from Document No. 54, (the Court's June 22, 2011 Order Denying Petitioner's Motion To Vacate Arbitration Award; Confirming Respondent's Motion To Confirm Arbitration Award; Vacating June 24, 2011 Hearing) should be deleted:

> [1] S & Y failed to provide the Court with a chambers copy of its electronically-filed reply. Nonetheless, the Court has considered said filing. For future reference, S & Y is reminded that, pursuant to Northern District General Order 45 and this Court's Standing Orders, parties are required to provide for use in chambers one paper copy of each document that is filed electronically, such copy to be delivered no later than noon on the day after the document is filed electronically.

1  GOOD CAUSE APPEARING, AND PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 1, 2011

_____
The Honorable Maxine M. Chesney
United States District Judge

**STIPULATION TO DELETE FOOTNOTE 1 DOCUMENT NO. 54 – Case No. CV-11-0198 MMC**